Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

JAMES D. BRYAN

Crim. No. 2:98CR20248

On March 1, 1999 the above named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Daryl K. Butler
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this ___27___ day of ___Oct___, 2005.

Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-28-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:98-CR-20248 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Karen R. Cicala
LAW OFFICE OF KAREN CICALA
40 S. Main St.
Ste. 2300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT